**IT IS ORDERED as set forth below:**



Date: March 13, 2019

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOSHUA RYAN ADLESPERGER, | ) | CASE NO. 18-12640-WHD |
| ASHLEY SKINNER ADLESPERGER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| BANK OF THE WEST, ITS ASSIGNEES AND/OR | ) | |
| SUCCESSORS IN INTEREST, | ) | |
| | ) | |
| Movant. | ) | CONTESTED MATTER |
| vs. | ) | |
| | ) | |
| JOSHUA RYAN ADLESPERGER, | ) | |
| ASHLEY SKINNER ADLESPERGER, | ) | |
| THEO DAVIS MANN, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above and foregoing matter came on before this Court for hearing February 27, 2019, on the Motion for Relief from Automatic Stay filed by Bank of the West, its assignees and/or successors in interest (the "Movant"). Movant claims a first priority lien against Debtor's vehicle, to wit: 2016 Keystone 336BHS Cougar, VIN 4YDF33628G2508367 (the "Collateral"). Movant, by counsel, has filed

a Certificate of Service certifying proper service of the Motion. At the call of the calendar, no opposition was announced by any party in interest; accordingly, it is hereby

**ORDERED** that the automatic stay imposed under 11 U.S.C. Section 362 is modified so as to allow the Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. Further

**ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

 */s/ A. Michelle Hart Ippoliti*
A. Michelle Hart Ippoliti, GA Bar No. 334291
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
Phone: 678-281-6537
Email: Michelle.HartIppoliti@mccalla.com

CONSENTED TO BY:

 */s/* Theo Davis Mann                                                                                   .
(by A. Michelle Hart Ippoliti with express permission)
Theo Davis Mann**,** GA Bar No. 469150
Chapter 7 Trustee
28 Jackson Street
P. O. Box 310
Newnan, GA 30264-0310
Phone: 770-253-2222
Email: tmann@mwklaw.org

DISTRIBUTION LIST

Joshua Ryan Adlesperger
801 Hickory Level Rd, Apt 1113
Villa Rica, GA 30180

Ashley Skinner Adlesperger
801 Hickory Level Rd, Apt 1113
Villa Rica, GA 30180

Karen King
King & King Law LLC
215 Pryor Street, SW
Atlanta, GA 30303

Theo Davis Mann
Chapter 7 Trustee
28 Jackson Street
P. O. Box 310
Newnan, GA 30264-0310